**Order entered December 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00825-CR

**FABIAN SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00097-U**

## ORDER

Before the Court is the State's December 9, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that day filed as of the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE